[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10361

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

DION DE CESARE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:21-cr-80188-RLR-1

_____

Before GRANT, LUCK, and BRASHER, Circuit Judges.

PER CURIAM:

Dion De Cesare, proceeding *pro se*, appeals from the January 17, 2025, magistrate judge order denying his motion to stay the forfeiture of real property located at Embassy Drive in West Palm Beach, Florida, and to enjoin the government from selling that property. The government moves to dismiss this appeal for lack of jurisdiction because De Cesare cannot directly appeal a magistrate judge order. De Cesare did not respond to the government's motion.

We lack jurisdiction over this appeal because De Cesare lacks standing to appeal the January 17 order. *See United States v. Amodeo*, 916 F.3d 967, 971-72 (11th Cir. 2019). De Cesare lacks appellate standing because the preliminary order of forfeiture extinguished his interest in the Embassy Drive property, and so he was not injured by the denial of his motion to stay the forfeiture of that property. *See id.* Moreover, De Cesare's stay motion did not challenge the preliminary order of forfeiture. *See id.*; *United States v. Bane*, 948 F.3d 1290, 1294 (11th Cir. 2020).

Accordingly, we GRANT the government's motion to dismiss and DISMISS this appeal for lack of jurisdiction.